

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00019-CV

Roy H. **SOTELO** III,
Appellant

v.

Mercedes H. **SOTELO**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2014-03-29890-CV
The Honorable Camile G. Dubose, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1). Costs of appeal are taxed against Appellant Roy H. Sotelo III.

SIGNED April 26, 2017.

_____
Karen Angelini, Justice